**NOT FOR PUBLICATION IN WEST'S HAWAII REPORTS OR THE PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000444
17-APR-2024
03:28 PM
Dkt. 66 OCOR**

NO. CAAP-19-0000444

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

JAMES W.K. LEE, Plaintiff-Appellant, v.
NATIONAL CARPET, Defendant-Appellee.
and
JOHN DOES 1-15, JANE DOES 1-5, DOE CORPORATIONS 1-5,
DOE PARTNERSHIPS 1-5, DOE NON PROFIT ORGANIZATIONS 1-5,
AND DOE GOVERNMENTAL AGENCIES 1-5, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 17-1-0625)

ORDER OF CORRECTION
(By: Wadsworth, J., for the court[1])

IT IS HEREBY ORDERED that the Summary Disposition Order entered on April 17, 2024, is corrected as follows:

On the first page, in footnote 1, replace the name "Jeffery" with "Jeffrey" so that the line reads:

[1] The Honorable Jeffrey P. Crabtree presided.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED:  Honolulu, Hawaiʻi, April 17. 2024.

/s/ Clyde J. Wadsworth
Associate Judge

---

[1] Leonard, Acting Chief Judge, and Wadsworth and Nakasone, JJ.